BRYAN SCHRODER
United States Attorney

DANIEL DOTY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska 99501
Phone: (907) 456-0336
Fax: (907) 456-0577
Email: Daniel.Doty@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>BRADLEY KRUGER,<br><br>　　　　　　　Defendant. | No. 4:21-cr-00001-RRB-SAO<br><br>COUNT 1:<br>FELON IN POSSESSION OF A FIREARM<br>　Vio. of 18 U.S.C. §§ 922(g)(1) and 924(a)(2) |

# I N D I C T M E N T

The Grand Jury charges that:

## COUNT 1

On or about July 27, 2020, within the District of Alaska, the defendant, BRADLEY KRUGER, knowing he had been convicted of the following crime punishable by

imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, to wit: a Smith & Wesson .22-caliber handgun.

Conviction

| Conviction Date | Offense | Court | Case No. |
|---|---|---|---|
| April 2, 2020 | Vehicle Theft in the First Degree AS 11.46.360(A)(1) | Superior Court for the State of Alaska at Fairbanks | 4FA-19-02076CR |

All of which is in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Kyle Reardon for
DANIEL DOTY
Assistant U.S. Attorney
United States of America

s/ Bryan Schroder
BRYAN SCHRODER
United States Attorney
United States of America

DATE: 1/19/2021